# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00208-CV

**Joe Alton Greer, Appellant**

**v.**

**Rebecca Rodriguez Greer, Appellee**

## FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 425TH JUDICIAL DISTRICT NO. 12-1050-F425, HONORABLE BETSY F. LAMBETH, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Joe Alton Greer has informed this Court that he no longer wishes to pursue this appeal and he has filed a motion to dismiss it because the district court granted a new trial in the underlying case.[1] Appellant's counsel states that he has conferred with counsel for appellee Rebecca Rodriguez Greer, who does not oppose this motion. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed on Appellant's Motion

Filed: May 8, 2015

_____

[1] The clerk's record contains a copy of the signed order granting the motion for new trial.